UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:15-CR-1 RLM |
| ) | |
| TYREN LEEKS ) | |

### ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty entered on February 11, 2015. Accordingly, the court ADOPTS those findings and recommendations [docket # 13], ACCEPTS defendant Tyren Leeks' plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 18 U.S.C. § 287.

SO ORDERED.

ENTERED:  March 5, 2015

                              /s/ Robert L. Miller, Jr.
                              Judge, United States District Court
                              Northern District of Indiana